

# THE SUPREME COURT OF TEXAS

Post Office Box 12248
Austin, Texas 78711

(512) 463-1312

January 06, 2000

Mr. Timothy S. Durst
Baker & Botts
2001 Ross Avenue, Suite 700
Dallas, TX 75201-2980

Mr. Joseph D. Cheavens
Baker & Botts
100 Shell Plaza
910 Louisiana
Houston, TX 77002-4995

Mr. R. Laurance Macon
Akin Gump Strauss Hauer & Feld
300 Convent Street, Suite 1500
San Antonio, TX 78205

Mr. David J. Healey
Tobor Goldstein & Healey
1360 Post Oak Blvd., Suite 2300
Houston, TX 77056-3023

Ms. Lynne Liberato
Haynes & Boone
1000 Louisiana, Suite 4300
Houston, TX 77002-5012

Mr. Bob E. Shannon
Baker & Botts
98 San Jacinto Blvd., Suite 1600
Austin, TX 78701-4039

Mr. Joseph R. Knight
Baker & Botts
98 San Jacinto Blvd., Suite 1600
Austin, TX 78701-4039

Mr. Jack Hightower
Hilgers & Watkins
P. O. Box 2063
Austin, TX 78768-2063

Ms. Nina Cortell
Haynes & Boone
901 Main Street, Suite 3100
Dallas, TX 75202-3789

Mr. Mike A. Hatchell
Ramey & Flock
P. O. Box 629
Tyler, TX 75710-0629

FILED IN
COURT OF APPEALS
JAN 1 0 2000
LISA MATZ
CLERK, 5th DISTRICT

FILED IN
COURT OF APPEALS
1 0 2000
LISA MATZ
CLERK, 5th DISTRICT

RE:   Case Number 98-1243
      Court of Appeals Number: 05-98-01204-CV
      Trial Court Number: 96-08262-L

Style:   IN RE ALCATEL USA, INC., f/k/a DSC COMMUNICATIONS CORPORATION

Dear Counsel:

Today, the Supreme Court of Texas delivered the enclosed opinion/s in the above referenced cause denying the petition for writ of mandamus and overruling the emergency motion to consider trial developments or alternatively to vacate and remand.

Also enclosed is the judgment of the Supreme Court as it appears in the minutes. This is the judgment that will issue in mandate form if no motion for rehearing is filed, or if a motion for rehearing is overruled.



Sincerely,

**SIGNED**

John T. Adams
Clerk

Encl.

cc:    Ms. Lisa Matz, Clerk
       Mr. Jim Hamlin
       The Honorable Frank Andrews
       Hon. Michael J. O'Neill



# The Supreme Court of Texas

POST OFFICE BOX 12248

AUSTIN, TEXAS 78711



AUSTIN, TX
PM
JAN 7
2000



MS LISA MATZ CLERK
FIFTH SUPREME JUDICIAL DISTRICT
600 COMMERCE 2ND FLOOR
DALLAS TX 75202-4658